**O**
**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE LAPPER,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SUNTRUST MORTGAGE, N.A.; SUNTRUST MORTGAGE, LLC; SUN TRUST LOAN SERVICES; and DOES 1–10,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-04041-ODW(MANx)<br><br>**ORDER DISMISSING CASE** |

　　　On August 5, 2013, the Court ordered Plaintiff to show cause why the case should not be dismissed for lack of prosecution. Plaintiff entered into two stipulations with Defendants to extend their time to answer: the first extending the time from July 3, 2013, to July 12, 2013; the second extending the time from July 12, 2013, to August 2, 2013. No additional stipulations to extend time have been filed. In fact, nothing has been filed by either side since July 12, 2013.

　　　The Court's August 5, 2013 OSC required as an appropriate response to this deficiency, a filing by Plaintiff to request for entry of default, or an answer (or response) by Defendants. As noted above, nothing has been filed.

/ / /

/ / /

      Therefore, because of the evident lack of diligence by Plaintiff, the Court finds that it is appropriate to **DISMISS** this case for lack of prosecution.

      **IT IS SO ORDERED.**

      August 12, 2013

      _____
      **OTIS D. WRIGHT, II**
      **UNITED STATES DISTRICT JUDGE**